**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
COLTON BRYANT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

COLTON BRYANT,

              Plaintiff,

    vs.

RIOS AUTO BODY SHOP; MERRY
PIPPIN, LLC; and DOES 1 to 10,

              Defendants.

**Case No.: 2:25-cv-03949-BFM**

**NOTICE OF VOLUNTARY
DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE**

    **PLEASE TAKE NOTICE** that Plaintiff COLTON BRYANT ("Plaintiff")
pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses
the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)
which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
                and any applicable federal statute, the plaintiff may dismiss an action
                without a court order by filing:

            (i)    A notice of dismissal before the opposing party serves either an
                answer or a motion for summary judgment.

1

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: August 11, 2025                    **SO. CAL. EQUAL ACCESS GROUP**


By:     /s/   *Jason J. Kim*
          Jason J. Kim, Esq.
          Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**